

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RISE ABOVE STEEL COMPANY, LLC., | § | No. 08-21-00127-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | of Winkler County, Texas |
| | § | (TC# DC18-17466) |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J, and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)